UNITED STATES of America, Plaintiff-Appellee,

v.

Adiel HERNANDEZ-DEL CID, a.k.a. Adiel Hernandez, Defendant-Appellant.

No. 16-10286

United States Court of Appeals, Ninth Circuit.

Submitted August 16, 2017 *

Filed August 18, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for ·

Adiel Hernandez-Del Cid, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM **

Adiel Hernandez-Del Cid appeals from the district court's judgment and challenges his guilty-plea conviction and 63-month sentence for re-entry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez-Del Cid's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel. We have provided Hernandez-Del Cid the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Hernandez-Del Cid waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.